# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3873
_____

JOHN ALEX GODWIN,

Appellant,

v.

HEATHER MCKAMEY,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

March 13, 2024

PER CURIAM.

Because the appellant has failed to meet his burden to demonstrate reversible error, we affirm. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("When there are issues of fact the appellant necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

James L. Heath, Destin, for Appellant.

No appearance for Appellee.